IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARK L. GUNN,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCE GEORGE COUNTY, VIRGINIA,<br><br>    Defendant,<br><br>    and<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA RETIREMENT SYSTEM,<br><br>    Relief-Defendant. | CIVIL ACTION NO. 3:21-cv-00631 |

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to this Court's Order of March 31, 2022 (Dkt. No. 23) and Federal Rule of Civil Procedure 41(a)(1), Plaintiffs United States and Mark L. Gunn; Defendant Prince George County, Virginia; and Relief-Defendant the Virginia Retirement System (collectively, "the Parties"), by and through undersigned counsel, based on an agreement signed by the Parties on April 28, 2022 resolving the claims raised in the Complaint (Dkt. No. 1) filed this action, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each Party bearing its own attorneys' fees, costs, and expenses.

April 29, 2022

**MARK L. GUNN and UNITED STATES OF AMERICA**

JESSICA D. ABER
United States Attorney
Eastern District of Virginia

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

By: _____/s/ Deirdre Gaudet Brou_____ .
Deirdre G. Brou
Lauren Oberheim
Assistant United States Attorneys
UNITED STATES ATTORNEY'S OFFICE
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3770/3991
Facsimile: (703) 299-3983
Email: deirdre.g.brou@usdoj.gov
            lauren.oberheim@usdoj.gov

Robert P. McIntosh, Esquire
(VSB No. 66113)
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-7404
Facsimile: (804) 771-2316
Email: robert.mcintosh@usdoj.gov

Shan R. Shah
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
Employment Law Section
4 Constitution Square
Washington, DC 20530
Telephone: (202) 598-9621
Email: shan.shah@usdoj.gov

*Counsel for Plaintiffs Mark L. Gunn
and United States of America*

**PRINCE GEORGE COUNTY, VIRGINIA**

By: _____/s/_____ .
Randy C. Sparks, Jr. (VSB No. 40723)
KAUFMAN & CANOLES, P.C.
1021 East Cary Street, Suite 1400
Richmond, VA 23129
Telephone:  (804) 771-5700
Facsimile:  (888) 360-9092
E-mail:  rcsparks@kaufcan.com

*Counsel for Defendant Prince George
County, Virginia*

**VIRGINIA RETIREMENT SYSTEM**

By: _____/s/_____ .
Elizabeth Bushnell Myers (VSB No, 80739)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
OF VIRGINIA
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 786-9516
Facsimile: (804) 692-1647
E-mail: ebmyers@oag.state.va.us

*Counsel for Defendant Virginia Retirement
System*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2022, a true copy of the foregoing Joint Stipulation with Prejudice was electronically filed with the Clerk of Court, which will send a notification of such filing (NEF) to the following:

Randy C. Sparks, Jr. (VSB No. 40723)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone:  (804) 771-5700
Facsimile:  (888) 360-9092
E-mail:  rcsparks@kaufcan.com

*Counsel for Defendant*
*Prince George County, Virginia*

Elizabeth Bushnell Myers (VSB No, 80739)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
202 North Ninth Street
Richmond, VA 23219
E-mail: ebmyers@oag.state.va.us

*Counsel for Relief- Defendant*
*Virginia Retirement System*

_____/s/ Deirdre Gaudet Brou_____.
Deirdre G. Brou
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3770
Email: deirdre.g.brou@usdoj.gov

*Counsel for Plaintiffs*

3