IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES, *et al*,
*Plaintiffs*,

v.                                                        Civil No. 3:21-cv-00631 (MRC)

VIRGINIA RETIREMENT SYSTEM,
*et al*,
*Defendants*.

_____

## **FINAL ORDER**

On April 29, 2022, and May 2, 2022 the parties filed stipulations of dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 25.) The Court acknowledges this

voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

_____ /s/ MRC_____
Mark R. Colombell
United States Magistrate Judge

Richmond, Virginia
Date: 5/3/2022